| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 92-CR-0072 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) 08 CRIM 573 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Daniel Fernandez In Custody | DISTRICT Eastern New York | DIVISION Brooklyn, NY |
| | NAME OF SENTENCING JUDGE Honorable I. Leo Glasser | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM December 24, 2002 | TO December 23, 2007 |

**OFFENSE**

21 USC 846 Conspiracy to Possess with Intent to Distribute Heroin

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT OF ____New York____

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Southern District of New York____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

____April 15, 2108____
Date

____[signature]____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

____James C. Francis IV____
United States District Judge

A TRUE COPY ATTEST
DATE 4/17 20 08
ROBERT C. HEINEMAN
BY ____[signature]____ CLERK
DEPUTY CLERK