


P49037/PAM

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Peter A. Merrigan, Supervising United States Probation Officer |
| **RE:** | Daniel Fernandez |
| **DATE:** | June 11, 2008 |

**ASSIGNMENT OF TRANSFER OF JURISDICTION**

On November 2, 1992 the above-named individual was sentenced in the Eastern District of New York outlined in the attached J & C.

In April 21, 2008, we received the Prob. 22's endorsed by the Honorable I. Leo Glasser, U.S. District Court Judge, ordering Mr. Fernandez's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5129.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Peter A Merrigan
Supervising U.S. Probation Officer